UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ROBERT W. CABELL,<br><br>        Plaintiff,<br><br>        v.<br><br>ZORRO PRODUCTIONS, INC., et al.,<br><br>        Defendants. | CASE NO. C13-449RSM<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Ricardo S. Martinez, United States District Judge:

Pursuant to the Stipulation and Order filed at Docket No. 28, the Clerk is directed to take defendants' motion to dismiss (Dkt. # 20) off the motion calendar, subject to re-noting by defendants in accordance with the stipulation.

DATED this 15 day of July 2013.

                                            William McCool, Clerk

                                            By /s/ Rhonda Stiles

                                            Deputy Clerk

MINUTE ORDER