THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

ROBERT W. CABELL,

    Plaintiff,

v.

ZORRO PRODUCTIONS, INC., JOHN GERTZ, and STAGE ENTERTAINMENT LICENSED PRODUCTIONS,

    Defendants.

No. 2:13-cv-00449-RSM

ZPI DEFENDANTS' STATEMENT IN RESPONSE TO CABELL'S MOTION FOR LEAVE TO FILE UNDER SEAL

NOTE ON MOTION CALENDAR:
January 31, 2014

STATEMENT RE MOTION FOR
LEAVE TO FILE UNDER TO SEAL   - 1
NO. 2:13-CV-00449-RSM

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1    Defendants Zorro Productions, Inc. and John Gertz (hereinafter, the "ZPI Defendants")
2 hereby notify the Court that Plaintiff Robert W. Cabell's ("Plaintiff") Motion for Leave to File
3 Under Seal ("Motion to Seal"), Dkt. No. 59, was mooted by way of an agreement amongst the
4 parties.  Plaintiff's Motion to Seal sought leave to file under seal certain documents that the
5 ZPI Defendants had marked as confidential under the operative protective order (Dkt. No. 33,
6 Ex. G), as well as a memorandum that related information contained in those documents.
7 Subsequent to the filing of the Motion to Seal, the parties conferred and agreed to publically
8 file versions of documents that had been redacted to remove highly-sensitive information.  *See*
9 Praecipe as to Dkt. Nos. 60-61, filed concurrently herewith.  As such, Plaintiff's request to file
10 unredacted versions of those documents, embodied in his Motion to Seal, is moot.  Assuming
11 the Praecipe is acceptable to the Court, there will no longer be any need for the Court to rule
12 on Plaintiff's Motion to Seal.

13    To the extent that ZPI Defendants' response submission is still required to satisfy LCR
14 5(g)(3)(B), the applicable legal standard could have potentially required ZPI Defendants to
15 meet a "compelling reasons" standard to obtain a court order sealing documents filed in
16 opposition to the presently-pending motion to dismiss.  *Kamakana v. City and County of*
17 *Honolulu*, 447 F.3d 1172, 1179 (9th Cir. 2006).  The decision to seal documents is "one best
18 left to the sound discretion of the trial court" upon consideration of "the relevant facts and
19 circumstances of the particular case."  *Nixon v. Warner Comm., Inc.*, 435 U.S. 589, 599 (1978).
20 This Court previously entered an Order enunciating the "good cause" that existed for its entry
21 of ZPI Defendants' requested two-tiered protective order during the jurisdictional discovery
22 and motions stage of proceedings in this matter, which this Court stated was "warranted to
23 shield Defendants from the specific harm of providing proprietary information to a
24 competitor."  Order, at 8:11-17 (Dkt. No. 54).  The Order further indicated that this stage of the
25 proceedings had only a limited purpose, addressing matters related to personal jurisdiction.  *Id.*
26 at 5:9-22.  Such a limited-purpose proceeding was not directly addressed in *Kamakana*, *supra*.

STATEMENT RE MOTION FOR
LEAVE TO FILE  UNDER TO SEAL   - 2
NO. 2:13-CV-00449-RSM

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

1  Accordingly, the same reasoning that supported the Court's entry of its Order of October 2,
2  2013, could have further supported a court order keeping under seal the documents referenced
3  in Plaintiff's Motion to Seal.  If this Court nevertheless denies Plaintiff's Motion to Seal, ZPI
4  Defendants would request that the Court discretionarily withdraw Dkt. Nos. 60-61 from the
5  record rather than unseal them, pursuant to LCR 5(g)(6).  However, based on the parties'
6  agreement to Plaintiff's redacted filings that would replace via Praecipe the filings previously
7  in issue, ZPI Defendants respectfully submit that a ruling on Plaintiff's Motion to Seal is
8  simply unnecessary.
9         DATED this 29th day of January, 2014.

                                        COZEN O'CONNOR

                                        By:    */s/ Michael D. Handler*
                                        Michael D. Handler, WSBA No. 25654
                                        E-mail:mhandler@cozen.com

                                        1201 Third Avenue, Suite 5200
                                        Seattle, WA  98101
                                        Telephone: 206.340.1000
                                        Toll Free Phone: 1.800.423.1950
                                        Facsimile: 206.621.8783
                                        Attorneys for Defendant(s)
                                        Zorro Productions, Inc. and John Gertz

                                        and

                                        LATHROP & GAGE LLP

                                        By:    /s/ David Aronoff
                                        David Aronoff (admitted pro hac vice)
                                        Jeff Grant (admitted pro hac vice)
                                        1888 Century Park East, Suite 1000
                                        Los Angeles, California 90067
                                        Telephone: 310-789-4600
                                        Fax: 310-789-4601
                                        Email: daronoff@lathropgage.com
                                        Email: jgrant@lathropgage.com
                                        Attorneys for Defendant(s)
                                        Zorro Productions, Inc. and John Gertz

STATEMENT RE MOTION FOR
LEAVE TO FILE  UNDER TO SEAL   - 3
NO. 2:13-CV-00449-RSM

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000

## CERTIFICATE OF SERVICE

I hereby certify that on January 29, 2014, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification to all parties of record.

DATED:  January 29, 2014

                                  COZEN O'CONNOR

                                  By: */s/ Jan Young*
                                        Jan Young,
                                        Legal Assistant to Michael D. Handler

LEGAL\18137673\1 16666.0001.000/335189.000

STATEMENT RE MOTION FOR
LEAVE TO FILE  UNDER TO SEAL   - 4
NO. 2:13-CV-00449-RSM

LAW OFFICES OF
**COZEN O'CONNOR**
A PROFESSIONAL CORPORATION
1201 THIRD AVENUE
SUITE 5200
SEATTLE, WASHINGTON 98101-3071
(206) 340-1000