# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ROBERT W. CABELL,

      Plaintiff,

v.

ZORRO PRODUCTIONS., INC. and JOHN GERTZ,
    Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.   C13-449RSM

___   **Jury Verdict**. This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 **X**   **Decision by Court**.  This action came to consideration before the Court.  The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:
    Defendants' Motion to Dismiss is GRANTED. The above-captioned matter is DISMISSED with respect to Defendants Zorro Productions, Inc. and John Gertz for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2).

    Dated this 21 day of October 2014.

    WILLIAM M. MCCOOL
    Clerk

    /s/ Rhonda Stiles
    Deputy Clerk